**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

STEPHANIE AND ROBERT HUNTER,   :   No. 148 WM 2018
                        :
         Petitioners         :
                        :
                        :
         v.                :
                        :
                        :
COURT OF COMMON PLEAS FAYETTE   :
COUNTY, PA, JUDGE LINDA CORDARO,   :
DA RICHARD BOWER, INVESTIGATOR   :
JOHN MARSHALL,               :
                        :
         Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.